

225 Broadway, Suite 613
New York NY 10007

☎ 646-751-8743
🖨 212-964-9516
✉ psverd@sverdlawfirm.com
🌐 www.sverdlawfirm.com

November 4, 2020

Honorable Cathy Seibel, U.S.D.J.
Courtroom 621
Charles L. Brieant United States Courthouse
300 Quarropas Street
White Plains, NY 10601

      Re:     Harty v. GGP RC Westchester MM LLC
              Case No. 7:20-CV-02777 (CS)
              **NOTICE OF SETTLEMENT**

Dear Judge Seibel:

    The undersigned is attorney of record for Plaintiff, Owen Harty in the above referenced matter. Plaintiff has reached a settlement with the Defendant who is now represented by Attorney Jordan Schwartz, Esq. The parties request that the motion for default judgment returnable November 6, 2020 at 4:30 pm, before Your Honor, be adjourned for thirty days, by which time a stipulation of voluntary discontinuance should have been filed.

    Thank you for your courtesy in this matter.

Very truly yours,

*Peter Sverd*

Peter Sverd, Esq.

cc. Jordan Schwartz, Esq. by ecf